**Tae Il BONG, Plaintiff–Appellant,**

v.

**SPARTAN MARKET, INCORPORATED; Mrs. Kim, Defendants–Appellees.**

No. 01–1458.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 6, 2001.

Tae Il Bong, pro se. Robert Greenway Byrum, Shames & Byrum, P.C., Chesapeake, VA, for appellees.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Tae Il Bong appeals the district court's order granting judgment for Defendants. We have reviewed the record, including the district court's statements from the bench, and find no reversible error. The district court did not commit clear error in finding Bong failed to establish Spartan Market failed to pay him the legal minimum wage for overtime work. *See Hen-*

*dricks v. Central Reserve Life Ins. Co.,* 39 F.3d 507, 512–13 (4th Cir.1994) (noting standard of review for factual findings). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*